UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FOSTER G. NEWLIN,

        Plaintiff,

v.

PRESTIGE STAMPING, LLC,

        Defendant.

Case No. 24-13250
Honorable Matthew F. Leitman
Magistrate Judge Elizabeth A. Stafford

**ORDER CONSTRUING PLAINTIFF'S RESPONSE TO MOTION TO
DISMISS TO BE A MOTION FOR LEAVE
TO FILE AN AMENDED COMPLAINT
(ECF NO. 21)**

Acting *pro se*, Plaintiff Foster G. Newlin sues Defendant Prestige Stamping LLC, which has moved to dismiss Newlin's complaint.  ECF No. 13.  Newlin responded to the motion to dismiss with a proposed amended complaint "to redress technical defects" in his original complaint.  ECF No. 21, PageID.67, 72-84.  The Court construes Newlin's filing as a motion seeking leave to file his proposed amended complaint and **ORDERS** Prestige Stamping to respond to Newlin's motion for leave by **July 31, 2025.**  Newlin may reply by **August 7, 2025.**

**IT IS SO ORDERED**.

  s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
Dated: July 18, 2025               United States Magistrate Judge

## NOTICE TO THE PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 18, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager