UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FOSTER G. NEWLIN,

    Plaintiff,

v.

Case No. 24-cv-13250
Hon. Matthew F. Leitman

PRESTIGE STAMPING, LLC,

    Defendant.

_____/

**ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF No. 27) AND (2) TERMINATING DEFENDANT'S MOTION TO DISMISS (ECF No. 13) AS MOOT**

In this action, *pro se* Plaintiff Foster G. Newlin brought certain employment discrimination claims against his former employer, Defendant Prestige Stamping, LLC. (*See* Compl., ECF No. 1.) On April 31, 2025, Prestige Stamping filed a motion to dismiss Newlin's Complaint. (*See* Mot., ECF No. 13.) After Prestige Stamping filed that motion, Newlin filed an Amended Complaint. (*See* Am. Compl., ECF No. 28.) The filing of that Amended Complaint mooted Prestige Stamping's motion to dismiss. Accordingly, on August 11, 2025, the assigned Magistrate Judge issued a report and recommendation in which she recommended that the Court terminate Prestige Stamping's motion to dismiss as moot (the "R&R"). (*See* R&R, ECF No. 27.) Finally, in November 2025, the parties informed the Court that they had reached a settlement to their dispute. (*See* Dkt.)

1

The Court has reviewed the R&R and agrees with the Magistrate Judge that based on the filing of the Amended Complaint, Prestige Stamping's motion to dismiss is now moot. Thus, for the reasons explained in the R&R, and for the additional reason that the parties have now settled their dispute, the Court **ADOPTS** the recommended disposition of the R&R and **TERMINATES** Prestige Stamping's motion to dismiss (ECF No. 13) **AS MOOT**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 3, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 3, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126